**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR YU, | CASE NO. 5:12-mc-80030 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO CLOSE FILE** |
| v. | |
| U.S. COMMODOTY FUTURES TRADING COMMISSION, | |
| Defendant(s). | |

Plaintiff having withdrawn the Motion to Quash underlying this action (see Docket Item No. 4), the clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: March 20, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-mc-80030 EJD
ORDER DIRECTING CLERK TO CLOSE FILE